1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BARBARA BEACH, on her own behalf and on behalf of her minor daughter and all others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:21-cv-08612-TSH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY AND TO SEAL OR REDACT PERSONALLY IDENTIFYING INFORMATION** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **[PROPOSED] ORDER**

2  Plaintiffs John Doe, John Loe, John Poe, John Roe, and John Zoe have filed a Motion to Proceed Anonymously and to Seal or Redact Personally Identifying Information. For the reasons set forth in the motion, it is **ORDERED** that:

(1) The motion is **GRANTED**;

(2) Plaintiffs John Doe, John Loe, John Poe, John Roe, and John Zoe may proceed under such pseudonyms in this action; and

(3) Plaintiffs John Doe, John Loe, John Poe, John Roe, and John Zoe are permitted to file under seal or to redact any court filing bearing personally identifying information about them or their sons.

**SO ORDERED.**

Dated: November 15, 2021

Honorable Thomas S. Hixson
United States Magistrate Judge