UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BEACH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>　　　　Defendant. | Case No. 21-cv-08612-RS<br><br>**ORDER DENYING MOTION TO DISMISS, WITHOUT PREJUDICE** |

This action has been stayed pending resolution of the appellate proceedings in *Wit v. United Behavioral Health*. For administrative purposes, the previously submitted motion to dismiss or strike a portion of the prayer in this action is denied, without prejudice. In the event the stay is lifted, defendant may renew the motion with a notice and up to 7 pages of briefing to address any pertinent authority that may have issued after the prior briefing. Plaintiff may file a response up to 7 pages within one week thereafter. The motion will then be resubmitted for decision without oral argument.

**IT IS SO ORDERED**.

Dated: March 30, 2023

_____
RICHARD SEEBORG
Chief United States District Judge