Jennifer S. Romano (State Bar No. 195953)
  JRomano@Crowell.com
Andrew Holmer (State Bar No. 268864)
  AHolmer@Crowell.com
Jazmine Buckley (State Bar No. 341516)
  JBuckley@Crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BARBARA BEACH, on her own behalf and on behalf of her minor daughter and all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:21-cv-08612-RS<br><br>**STIPULATION AND ORDER REGARDING STAY OF PROCEEDINGS**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 7-12, the parties in the above-captioned action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has previously stated that "factual issues and discovery will overlap" with another currently-pending suit against Defendant United Behavioral Health ("UBH"), *Wit, et al. v. United Behavioral Health*, 14-cv-02346-JCS, *consolidated with Alexander, et al. v. United Behavioral Health*, 14-cv-05337-JCS (together, "*Wit*"), *see* ECF No. 46 at 2;

WHEREAS, the Court has previously stated that the "potential import of the *Wit* decision on the viability of at least a large part of this case is too great to ignore," ECF No. 46 at 2;

WHEREAS, this Court previously ordered a stay of the proceedings in this action pending resolution of UBH's appeal to the Ninth Circuit from the district court's final judgment in *Wit*, *see* ECF No. 46;

WHEREAS, on August 22, 2023, the Ninth Circuit issued a decision in *Wit* reversing in part and affirming in part the district court's class certification order, reversing in part and affirming in part the district court's final judgment, and remanding for further proceedings, *see Wit v. United Behav. Health*, 79 F.4th 1068 (9th Cir. 2023);

WHEREAS, following the Ninth Circuit's decision in *Wit*, the previously-ordered stay in this case was lifted, *see* ECF No. 54;

WHEREAS, on November 2, 2023, UBH filed a motion to dismiss Plaintiff's Complaint in light of the Ninth Circuit's decision in *Wit*, *see* ECF No. 58;

WHEREAS, on December 5, 2023, Plaintiff filed an Amended Complaint, *see* ECF No. 59 ("Amended Complaint");

WHEREAS, on January 11, 2024, UBH filed a motion to dismiss the Amended Complaint, *see* ECF No. 60 ("Motion to Dismiss");

WHEREAS, the Motion to Dismiss has been fully briefed;

WHEREAS, in briefing related to the Motion to Dismiss, the parties disagree over the proper interpretation of the Ninth Circuit's decision in *Wit* and how the decision should be

applied to the issues raised in the Motion to Dismiss;

WHEREAS, a hearing on the Motion to Dismiss is currently scheduled for April 11, 2024;

WHEREAS, on January 12, 2024, following certain post-remand decisions by the district court in *Wit*, UBH filed a petition for a writ of mandamus with the Ninth Circuit that requests a review of whether the district court's post-remand decisions violated the Ninth Circuit's mandate, *see United Behav. Health v. U.S. Dist. Ct. for N. Dist. of Cal.,* Ninth Cir. No. 24-242, Dkt. No. 1;

WHEREAS, on March 12, 2024, the Ninth Circuit granted UBH's request to have its mandamus petition assigned to the same panel that heard and decided the appeal in *Wit*, *see United Behav. Health v. U.S. Dist. Ct. for N. Dist. of Cal.,* Ninth Cir. No. 24-242, Dkt. No. 10.1;

WHEREAS, on March 12, 2024, the Ninth Circuit also granted UBH's motion to stay all proceedings before the district court in *Wit* pending resolution of UBH's mandamus petition, *see United Behav. Health v. U.S. Dist. Ct. for N. Dist. of Cal.,* Ninth Cir. No. 24-242, Dkt. No. 11.1;

WHEREAS, the parties agree that, in response to UBH's mandamus petition in *Wit*, the Ninth Circuit may provide additional guidance or clarification regarding its August 22, 2023 decision, and that such guidance or clarification is likely to be relevant to the issues in this action, including the currently-pending Motion to Dismiss;

WHEREAS, the parties agree that, as an exercise of the Court's discretion to manage case schedules for the purposes of judicial economy and efficiency, a stay of all proceedings pending resolution of UBH's mandamus petition in *Wit* is warranted.

In light of the foregoing, **THE PARTIES THEREFORE STIPULATE AND AGREE** that, subject to the approval of the Court:

1. This action is stayed pending a decision by the Ninth Circuit regarding UBH's mandamus petition in *Wit*;
2. All briefing deadlines and hearing dates in this matter are vacated; and
3. No later than 14 days after the issuance of a decision from the Ninth Circuit regarding UBH's mandamus petition, the parties shall file a Joint Status Report outlining their respective positions regarding how this litigation should proceed.

| | |
|---|---|
| Dated: March 18, 2024 | **CROWELL & MORING LLP**<br><br>*/s/ Jennifer S. Romano*<br>Jennifer S. Romano<br>Andrew Holmer<br>Jazmine Buckley<br><br>*Counsel for Defendant*<br>*United Behavioral Health* |
| Dated: March 18, 2024 | **ZUCKERMAN SPAEDER LLP**<br><br>*/s/ Caroline E. Reynolds*<br>Caroline E. Reynolds (*pro hac vice*)<br>D. Brian Hufford (*pro hac vice*)<br>Jason S. Cowart (*pro hac vice*)<br>M Moore (*pro hac vice*)<br><br>**PSYCH-APPEAL, INC.**<br>Meiram Bendat (Cal. Bar No. 198884)<br><br>*Counsel for Plaintiffs* |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 18, 2024                    */s/ Jennifer S. Romano*
                                         Jennifer S. Romano

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. This action is stayed pending a decision by the Ninth Circuit regarding UBH's mandamus petition in *Wit*;
2. All briefing deadlines and hearing dates in this matter are vacated; and
3. No later than 14 days after the issuance of a decision from the Ninth Circuit regarding UBH's mandamus petition, the parties shall file a Joint Status Report outlining their respective positions regarding how this litigation should proceed.

Dated: March 19, 2024

Hon. Richard Seeborg
United States District Judge