1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9
10   BARBARA BEACH, et al.,                    Case No.  21-cv-08612-RS
                  Plaintiffs,
11
12          v.                                 ORDER EXTENDING STAY AND
                                               DENYING PENDING MOTION
13   UNITED BEHAVIORAL HEALTH,                 WITHOUT PREJUDICE
                  Defendant.
14
15
16          Upon review of the parties' joint status report (Dkt. No. 74), the existing stay shall remain

17   in effect until final disposition of the petition for *en banc* rehearing filed in *United Behavioral*

18   *Health v. U.S. Dist. Ct. for N. Dist. of Cal.*, Ninth Cir. No. 24-242, and the final disposition of any

19   proceedings in the circuit court, should that petition be granted. The pending motion in this action,

20   Dkt. No. 60, is denied without prejudice to its renewal following lifting of the stay. Any order

21   lifting the stay will provide guidance as to how the motion may be renewed, and as to any briefing

22   that may be requested regarding the circuit court's rulings on the mandamus petition.

23

24   **IT IS SO ORDERED**.

25

26   Dated: September 24, 2024

27                                             _____
                                               RICHARD SEEBORG
28                                             Chief United States District Judge