UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA BEACH, on her own behalf and on behalf of her minor daughter and all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:21-cv-08612-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED BEHAVIORAL HEALTH'S MOTION TO DISMISS**<br><br>Date:  February 6, 2025<br>Time:  1:30 p.m.<br>Courtroom:  3, 17th Floor<br>Judge:  Hon. Richard Seeborg |

1 | Before the Court is the Motion to Dismiss or, in the Alternative, Strike filed by Defendant. Having reviewed the Parties' submissions and the entire record herein, the Court rules as follows:

1. Defendant's Motion to Dismiss is GRANTED for each of the reasons stated in Defendant's Motion;
2. The Amended Complaint is hereby DISMISSED.

**IT IS SO ORDERED**.

Dated: _____

                                                      Hon. Richard Seeborg
                                                     United States District Judge