1  Jennifer S. Romano (State Bar No. 195953)
      JRomano@Crowell.com
2  Andrew Holmer (State Bar No. 268864)
      AHolmer@Crowell.com
3  Jazmine Buckley (State Bar No. 341516)
      JBuckley@Crowell.com
4  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
5  Los Angeles, CA 90071
   Telephone: 213.622.4750
6  Facsimile:  213.622.2690

7  Marlee Santos (State Bar No. 343005)
      MSantos@Crowell.com
8  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
9  Irvine, CA 92614
   Telephone: 949.263.8400
10 Facsimile: 213.263.8414

11 Attorneys for Defendant
   UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA BEACH, on her own behalf and on behalf of her minor daughter and all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:21-cv-08612-RS<br><br>**DECLARATION OF NGOC HAN S. NGUYEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:  February 6, 2025<br>Time:  1:30 p.m.<br>Courtroom:  3, 17th Floor<br>Judge:  Hon. Richard Seeborg |

I, Ngoc Han S. Nguyen, hereby declare:

1. I am a Legal Services Consultant for Optum, Inc. I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2. As a Legal Services Consultant, my role includes providing support for United Behavioral Health's ("UBH") regarding the legal matters that involve UBH. In my role, I conduct operational research and analysis as well as document retrieval for UBH matters. In performing that work, I have become familiar with the record-keeping of UBH and certain of its affiliated companies.

3. According to UBH's records, for the calendar year 2019, Plaintiff Barbara Beach and her dependent child were enrolled in a self-funded health benefit plan to which UBH offered claims administration services for behavioral health benefits (the "Beach Plan"). The Summary Plan Description ("SPD") for the Beach Plan sets forth the terms of the self-funded Beach Plan administered by UBH.

4. Attached hereto as Exhibit A is a redacted version of a true and correct copy of the SPD for the Beach Plan effective January 1, 2019. To preserve member confidentiality, portions of the Beach Plan reflected in Exhibit A have been redacted to remove limited information that would identity the employer who sponsored the Beach Plan. I am informed and understand that the identity of the employer who sponsored the Beach Plan is known to Plaintiff Barbara Beach, but is otherwise immaterial to any issue raised by UBH's motion to dismiss, in support of which I provide this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___1___ day of November, 2023, at Eden Prairie, MN.

_____
Ngoc Han S. Nguyen