Jennifer S. Romano (State Bar No. 195953)
  JRomano@Crowell.com
Andrew Holmer (State Bar No. 268864)
  AHolmer@Crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA BEACH, on her own behalf and on behalf of her minor daughter and all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:21-cv-08612-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION HEARING**<br><br>Judge: Hon. Richard Seeborg |

1  The parties in the above-captioned action, by and through their respective counsel of
2  record, hereby stipulate as follows:

3  WHEREAS, pursuant to the Court's order (ECF No. 77), on December 19, 2024,
4  Defendant United Behavioral Health ("UBH") re-filed its motion to dismiss plaintiffs' amended
5  complaint (ECF No. 78); on December 20, 2024, Plaintiffs re-filed their opposition to the motion
6  (ECF No. 79); on December 23, 2024, UBH re-filed its reply brief (ECF No. 80); and on January
7  10, 2025, both parties filed supplemental briefs (ECF Nos. 81-82);

8  WHEREAS, the Court has set a hearing on UBH's motion to dismiss for February 6,
9  2025, at 1:30 PM in Courtroom 03 (ECF No. 77);

10 WHEREAS, the Court's procedures specify as follows: "If counsel in a particular case
11 wish to appear by Zoom for a Law and Motion hearing, they must file a request to do so on ECF
12 at least 72 hours in advance of the scheduled proceeding. Absent an unusual circumstance,
13 proceedings will either be conducted entirely by Zoom or entirely in person";

14 WHEREAS, the parties hereby request that the hearing on UBH's motion to dismiss be
15 held entirely by Zoom with no in-person appearance by either party;

16 **IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the
17 Court:

18 The February 6, 2025 hearing on UBH's motion to dismiss shall be held entirely by
19 Zoom, with no in-person appearance by any party.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 28, 2025 | **CROWELL & MORING LLP** |
| 3 | | */s/ Jennifer S. Romano* |
| 4 | | Jennifer S. Romano<br>Andrew Holmer |
| 5 | | Jazmine Buckley<br>Marlee Santos |
| 6 | | |
| 7 | | *Counsel for Defendant United Behavioral Health* |
| 8 | Dated: January 28, 2025 | **ZUCKERMAN SPAEDER LLP** |
| 9 | | */s/ Caroline E. Reynolds* |
| 10 | | Caroline E. Reynolds (*pro hac vice*)<br>D. Brian Hufford (*pro hac vice*) |
| 11 | | Jason S. Cowart (*pro hac vice*)<br>Samantha Gerencir (*pro hac vice*) |
| 12 | | M. Moore (*pro hac vice*) |
| 13 | | **PSYCH-APPEAL, INC.** |
| 14 | | Meriam Bendat (Cal. Bar. No. 198884) |
| 15 | | *Counsel for Plaintiffs* |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 28, 2025                              */s/ Jennifer S. Romano*
                                                                    Jennifer S. Romano

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Richard Seeborg
Chief United States District Judge